UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRELL KENT,<br><br>          Plaintiff,<br><br>   v.<br><br>LESLIE SZIEBERT, GALINA DIXON, JOHN DOES, JANE DOES,<br><br>          Defendants. | CASE NO. 3:15-CV-05553-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 20, 2015 |

      The District Court has referred this action, filed pursuant to 42 U.S.C. §1983, to United States Magistrate Judge David W. Christel. Plaintiff, who is housed at the Special Commitment Center and proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* ("Motion"). Dkt. 1. Based on the information contained in the Motion, it appeared Plaintiff could afford the $400.00 filing fee and the Court ordered Plaintiff to show cause why the Motion should not be denied. *See* Dkt. 4. In response to the Court's Order, Plaintiff paid the full filing fee on September 11, 2015. As Plaintiff paid the filing fee, the Court recommends his Motion to Proceed *In Forma Pauperis* (Dkt. 1) be denied as moot.

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
3  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
4  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
5  imposed by Rule 72(b), the clerk is directed to set the matter for consideration on November 20,
6  2015, as noted in the caption.

   Dated this 3rd day of November, 2015.

   /s/ David W. Christel
   David W. Christel
   United States Magistrate Judge