UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL KENT,

          Plaintiff,

v.

LESLIE SZIEBERT, et al.,

          Defendants.

CASE NO. C15-5553 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's application to proceed in forma pauperis is **DENIED** as moot.

Dated this 30th day November, 2015.

          BENJAMIN H. SETTLE
          United States District Judge

ORDER