|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

| DARRELL KENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, LESLIE SZIEBERT, et al.,<br><br>　　　　　　Defendants. | CASE NO. C15-5553 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　John Does 1-25 and Jane Does 1-25 are **DISMISSED** from this case without prejudice.

Dated this 29th day February, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

ORDER