UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL KENT,

    Plaintiff,

v.

WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,

    Defendants.

CASE NO. 3:15-CV-05553-BHS-DWC

ORDER ADOPTING THE REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO DISMISS

The Court having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and no objections having been filed by either party does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court grants Plaintiff's Motion to Dismiss.

(3) Plaintiff's case should be dismissed and the case closed.

(4) All pending motions are denied as moot, and the Clerk shall remove the other pending R&R (Dkt. 26) from the Court's consideration.

(5) The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. David W. Christel.

Dated this 13th day of June, 2016.

BENJAMIN H. SETTLE
United States District Judge